■ BANK OF BOSTON CONNECTICUT, Plaintiff, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, 107 NORRIS DRIVE ASSOCIATES, Appellant, and ALPINE GROUP, INC., Respondent. [621 NYS2d 1017] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Summary Judgment.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.